GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:   949.451.3800
Facsimile:    949.475.4668

Attorneys for Defendant Postmates Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORA LEE, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>POSTMATES INC.,<br><br>             Defendant. | CASE NO.<br><br>**DECLARATION OF PATRICIA CARTES IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>Action Filed:   May 8, 2018 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF PATRICIA CARTES IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

**DECLARATION OF PATRICIA CARTES**

I, PATRICIA CARTES, declare as follows:

1. I am currently employed as Director of Trust & Safety for Postmates Inc. ("Postmates"). I make this declaration in support of Postmates' Notice of Removal of Class Action. I am authorized to make these statements on behalf of Postmates. In my position as Director of Trust & Safety for Postmates, I have access to and personal knowledge of the matters and information set forth in this declaration, and if called upon to testify thereto, can and would competently do so. The data from which the information set forth in this declaration was determined is maintained in the regular course of Postmates' business.

2. Postmates is a technology company headquartered in San Francisco, California. Postmates' online and mobile platform is available in over 250 metropolitan markets across the United States, and connects communities to a broad array of local businesses and local independent contractor couriers ("Couriers") for prompt "on-demand" hand-delivery of food and other items. Couriers typically receive delivery opportunities via a mobile app on their smartphone or other mobile device. Couriers are free to accept or reject delivery opportunities at their discretion. Postmates empowers communities to shop local with no waiting, local businesses to offer delivery, and Couriers to make money if, when, and where they want.

3. Based on my review of company records, during the period of June 3, 2017 to June 4, 2018, at least 10,000 Couriers performed at least one delivery in California using the Postmates platform.

4. Couriers are not geographically limited to work only in the state in which they first sign up to use the Postmates platform. Thus, a Courier could, for example, sign up with Postmates in California and then use the platform to perform deliveries in other states like Nevada, Oregon, or Arizona.

5. Based on my review of company records, as of June 4, 2018, a substantial number of Couriers who have performed at least one delivery in California appear to be college and graduate students who are citizens of other states, appear to have moved out-of-state since contracting with

Postmates, have out-of-state licenses and bank accounts, have contracted to perform deliveries in other states, and/or appear to be temporary residents of California who are citizens of other states.

6. Based on my review of company records, during the period of June 3, 2017 to June 4, 2018, the aggregate number of miles driven by Couriers using the Postmates platform to perform deliveries in California, including miles driven to pick up and drop off items, exceeds 10 million miles.

7. I have included approximate numbers within this declaration because Postmates views its data as highly confidential and competitively sensitive.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of June, 2018, in San Francisco, California.

By: _____