1  SHANNON LISS-RIORDAN (SBN 310719)
   (sliss@llrlaw.com)
2  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
3  Boston, MA 02116
4  Telephone:    (617) 994-5800
   Facsimile:    (617) 994-5801
5

6  *Attorney for Plaintiffs Dora Lee, Kellyn Timmerman,
   and Joshua Albert, on behalf of themselves and all*
7  *others similarly situated*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13
                                        | Case No. 3:18-cv-03421-JCS
14  DORA LEE, KELLYN TIMMERMAN, and
    JOSHUA ALBERT, on behalf of themselves
15  and all others similarly situated,
                                        | **PLAINTIFFS' MOTION FOR LEAVE
16              Plaintiff,                 TO APPEAR BY TELEPHONE AT
                                           DECEMBER 14, 2018, CASE
17        v.                               MANAGEMENT CONFERENCE AND
                                           HEARING ON DEFENDANT'S MOTION
18  POSTMATES INC.,                        TO (1) COMPEL ARBITRATION OF
                                           KELLYN TIMMERMAN'S CLAIMS
19              Defendant.                 AND (2) DISMISS JOSHUA ALBERT'S
                                           CLAIMS; [PROPOSED] ORDER**
20
                                        Hearing/CMC Date: December 14, 2018
21                                      Hearing Time: 9:30 a.m.
                                        Hearing Place: Courtroom G
22                                      JUDGE: HON. JOSEPH SPERO
23

24

25

26

27

28

Plaintiffs hereby respectfully move the Court to allow Plaintiffs' counsel, Shannon Liss-Riordan, to appear by telephone at the parties' upcoming Case Management Conference and hearing on Postmates' Motion to (1) Compel Arbitration of Kellyn Timmerman's Claims and (2) Dismiss Joshua Albert's Claims scheduled for December 14, 2018, at 9:30 am. In support of this request, Plaintiffs' counsel states the following:

1. Plaintiffs' counsel makes this request to appear by telephone at least one week in advance of the hearing date as required by this Court's Standing Order.
2. Plaintiffs' counsel, who is located in Boston, Massachusetts, has other obligations in Boston on December 14, 2018.
3. Plaintiffs' counsel believes that appearing by telephone would allow for cost and time savings and will not adversely affect the effectiveness of the hearing. Plaintiffs' counsel believes that the motion and the pending issues in the case can be effectively and appropriately resolved by telephonic hearing.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion for Leave to Appear by Telephone at the December 14, 2018, Case Management Conference and Hearing on Defendant's Motion to (1) Compel Arbitration of Kellyn Timmerman's Claims and (2) Dismiss Joshua Albert's Claims.

Dated:      November 30, 2018         Respectfully submitted,

DORA LEE, KELLYN TIMMERMAN, and JOSHUA ALBERT, on behalf of themselves and all others similarly situated,

By their attorneys,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of this document was served by electronic filing on November 30, 2018, on all counsel of record.

         */s/ Shannon Liss-Riordan*
         Shannon Liss-Riordan

# **[PROPOSED] ORDER**

Plaintiffs' counsel may appear by telephone at the December 14, 2018 Case Management Conference and hearing on Defendant's Motion to (1) Compel Arbitration of Kellyn Timmerman's Claims and (2) Dismiss Joshua Albert's Claims.

It is so ordered.

DATE: _____                               _____
                                                Hon. Joseph C. Spero, U.S. Magistrate Judge