THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSHUA ALBERT, | CASE NO. 3:18-CV-07592-JCS |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT MARCH 8, 2019, CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| POSTMATES INC., | Action Filed: May 8, 2018<br>Trial Date: None Set |
| Defendant. | **Hearing:**<br>Date: March 8, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom G<br>Judge: Hon. Joseph C. Spero |

Defendant Postmates Inc. ("Postmates") hereby respectfully moves the Court to allow Postmates' counsel, Michele L. Maryott and Dhananjay S. Manthripragada, to appear by telephone at the parties' upcoming case management conference scheduled for March 8, 2019, at 2:00 pm.

Postmates acknowledges that it is not making this request at least seven days in advance of the case management conference, as required by this Court's standing orders and Civil L.R. 16-10(a). Postmates' counsel had planned to attend the combined case management conference and hearing on

1  Postmates' motion to dismiss the Second Amended Complaint in person.  However, on March 5, 2019, this Court entered an order granting in part and denying in part Postmates' motion to dismiss without oral argument and vacated the hearing on the motion.  Dkt. 61 at 1.

Postmates' counsel believes that the issues to be addressed at the case management conference can be effectively resolved by telephonic hearing, especially since Plaintiff's counsel will also be appearing by telephone (*see* Dkt. 59), and that appearing by telephone will allow for time and cost savings.  Postmates has accordingly filed this Motion for Leave to Appear by Telephone as soon as practicable after receiving the Court's order vacating the motion to dismiss hearing.

For the foregoing reasons, Postmates respectfully requests that the Court grant this Motion for Leave to Appear by Telephone at the March 8, 2019, case management conference.

Dated: March 5, 2019

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada

Attorneys for POSTMATES INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served by electronic filing on March 5, 2019, on all counsel of record.

By: /s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada

Attorneys for POSTMATES INC.

**PROPOSED ORDER**

Defendant's counsel may appear by telephone at the March 8, 2019, case management conference. Counsel shall make arrangements through CourtCall.

It is so ordered.

DATE: _____

_____
Hon. Joseph C. Spero, U.S. Magistrate Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT MARCH 8, 2019, CASE MANAGEMENT CONFERENCE