GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:   949.451.3800
Facsimile:   949.475.4668

Attorneys for Defendant Postmates Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT,<br><br>                Plaintiff,<br><br>      v.<br><br>POSTMATES, INC.,<br><br>                Defendant. | CASE NO. 3:18-cv-07592-JCS<br><br>**DEFENDANT POSTMATES INC.'S STATEMENT AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION PRACTICE AND METHOD OF ADR**<br><br>Judge: Hon. Joseph C. Spero<br>Action Filed: May 8, 2018<br>Trial Date: None Set |

Pursuant to the Court's Order issued on March 8, 2019 (Dkt. 64), the undersigned counsel of record for Defendant Postmates, Inc. ("Defendant" or "Postmates") files the following Statement and Proposed Order Regarding Briefing Schedule for Motion Practice and Method of ADR.  Postmates' counsel made efforts to prepare a joint proposed schedule regarding motion practice and method of ADR, but did not receive approval to file a joint statement from Plaintiff's counsel in advance of the filing deadline, and thus submits this proposal on behalf of Postmates only.

1. Whereas, on December 14, 2018, the Court entered an order (Dkt. 45) directing the parties to "meet and confer to negotiate a briefing schedule for summary judgment with the reply brief due four (4) weeks before the scheduled hearing," and setting forth the following pretrial schedule:

- Discovery Cutoff:  June 1, 2019
- Expert Disclosure by party that bears burden of proof:  June 1, 2019
- Expert Rebuttal:  June 15, 2019
- Expert Discovery Cutoff:  July 1, 2019

2. Whereas, on March 8, 2019, the Court directed the parties to "meet and confer and file an agreed upon briefing schedule for motion practice with the reply brief to be due four (4) weeks before the scheduled hearing date, and address the method of ADR, by March 15, 2019" (Dkt. 64);

3. Whereas, the parties have met and conferred regarding a briefing schedule for motion practice and the method of ADR;

4. Whereas, with respect to a briefing schedule for motion practice, Postmates believes that it is premature to set a briefing schedule for motions other than summary judgment motions, and that the parties will meet and confer and jointly propose to the Court (as necessary) a briefing schedule for other motions following the resolution of summary judgment motions;

5. Whereas, Postmates anticipates that it may file an expert report in connection with opposing Plaintiff's motion for summary judgment and believes that additional time will be required after the close of fact discovery to prepare such a report to adequately respond to Plaintiff's summary judgment motion.  Postmates therefore requests to extend the existing deadlines for expert reports to coincide with summary judgment briefing, and to extend deadlines for *Daubert* motions accordingly;

6. Whereas, with respect to the method of ADR, the parties agree to conduct a private mediation before a reputable mediator familiar with the legal principles at issue by not later than August 15, 2019;

7. Whereas, Postmates proposes that motion practice and trial be phased, and that Phase 1 be limited to whether Albert is an "aggrieved employee" within the meaning of the Private Attorneys General Act ("PAGA"), because only an "aggrieved employee" is eligible to prosecute a representative claim, Cal. Lab. Code § 2699(a)-(c). *See Tan v. Grubhub Inc.*, No. 3:15-cv-05128-JSC, at *2 (N.D. Cal. June 15, 2017) (bifurcating trial such that the first phase "be limited to . . . the issue of whether [Plaintiff] is an 'aggrieved employee' under PAGA"). If the Court concludes that Plaintiff is an "aggrieved employee" following the Phase 1 trial, then the parties would address the remainder of the representative action. Postmates anticipates that it would file a motion regarding the (lack of) manageability of trying Plaintiff's claims on a representative basis, and reserves its right to do so. If the Court concludes Plaintiff is not an "aggrieved employee," the case will conclude. Postmates reserves its right to file a motion to bifurcate the trial if Albert does not agree to conduct the trial in phases;

NOW THEREFORE, subject to the Court's approval and notwithstanding the deadlines specified by the Federal Rules of Civil Procedure and/or Local Rules, Postmates proposes the following schedule:

| Event | Date |
|---|---|
| Fact Discovery Cutoff | June 1, 2019 |
| Deadline to File Summary Judgment Motion on Albert's Status as an "Aggrieved Employee"<br><br>Deadline for Expert Report(s) in Support of Motion for Summary Judgment, if applicable | August 6, 2019 |
| Deadline to Conduct Mediation | August 15, 2019 |

| | |
|---|---|
| Deadline to File Opposition to Motion for Summary Judgment<br><br>Deadline for Expert Report(s) in Support of Opposition to Motion for Summary Judgment, if applicable<br><br>Deadline to File *Daubert* Motion(s) Regarding Moving Party's Expert(s), if applicable | September 6, 2019 |
| Deadline to File Reply in Support of Motion for Summary Judgment<br><br>Deadline to File *Daubert* Motion(s) Regarding Opposing Party's Expert(s), if applicable<br><br>Deadline to File Opposition to *Daubert* Motion(s) Regarding Moving Party's Expert(s), if applicable | September 20, 2019 |
| Deadline to File Reply in Support of *Daubert* Motion Regarding Moving Party's Expert(s), if applicable | September 27, 2019 |
| Deadline to File Opposition to *Daubert* Motion(s) Regarding Opposing Party's Expert(s), if applicable | October 4, 2019 |
| Deadline to File Reply in Support of *Daubert* Motion(s) Regarding Opposing Party's Expert(s), if applicable | October 11, 2019 |
| Hearing on Motion for Summary Judgment and *Daubert* Motion(s) | November 8, 2019 |
| Parties to Present Stipulated Schedule for Any Further Pretrial Motions and Trial Date | 30 days following ruling on summary judgment |

Dated: March 15, 2019

                                                  GIBSON, DUNN & CRUTCHER LLP

                                    By:  /s/ Dhananjay S. Manthripragada
                                                Dhananjay S. Manthripragada

                                    Attorneys for Defendant POSTMATES INC.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served by electronic filing on March 15, 2019, on all counsel of record.

By: /s/ *Dhananjay S. Manthripragada*
Dhananjay S. Manthripragada

Attorneys for POSTMATES INC.