THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT,<br><br>              Plaintiff,<br><br>     v.<br><br>POSTMATES INC.,<br><br>              Defendant. | CASE NO. 3:18-cv-07592-JCS<br><br>**NOTICE OF FILING OF POSTMATES INC.'S NOTICE OF RELATED CASE**<br><br>Action Filed:  May 8, 2018<br>Trial Date:      None Set<br>Judge:          Hon. Joseph C. Spero |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　**PLEASE TAKE NOTICE THAT** on June 24, 2019, Postmates Inc. filed and served a

Notice of Related Case in the case entitled *Vincent v. Postmates Inc.*, Superior Court of California,

County of Alameda, Case Number RG19018025, filed May 8, 2019.  The Notice of Related Case

provided that *Vincent* is related to this action.  A true and correct conformed copy of the filed Notice

of Related Case is attached hereto as Exhibit A.  Postmates makes this notice pursuant to California

Rules of Court, rule 3.300(d).

Dated: June 28, 2019

GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Dhananjay S. Manthripragada
         Dhananjay S. Manthripragada

Attorneys for POSTMATES INC.

NOTICE OF FILING OF POSTMATES INC.'S NOTICE OF RELATED CASES

# EXHIBIT A

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Theane Evangelis, SBN 243570<br>Michele L. Maryott, SBN 191993<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>TELEPHONE NO.: 213-229-7000   FAX NO. *(Optional):* 213-229-7520<br>E-MAIL ADDRESS *(Optional):* tevangelis@gibsondunn.com<br>ATTORNEY FOR *(Name):* Postmates Inc. | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br>JUN 24 2019<br>CLERK OF THE SUPERIOR COURT<br>By_____ Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda | |
|---|---|
| STREET ADDRESS: 1221 Oak Street | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Oakland, CA 94612 | |
| BRANCH NAME: Administration Building | |

| PLAINTIFF/PETITIONER: Shericka Vincent | CASE NUMBER:<br>RG19018205 |
|---|---|
| DEFENDANT/RESPONDENT: Postmates Inc. | JUDICIAL OFFICER:<br>Hon. Brad Seligman |
| **NOTICE OF RELATED CASE** | DEPT.:<br>23 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1.  a.  Title: Winns v. Postmates Inc.
    b.  Case number:  CGC-17-562282 / appeal pending as Case No. A155717 (1st App. Dist., Div. 3)
    c.  Court: [ ]  same as above
        [✓]  other state or federal court *(name and address):* Superior Court of California, San Francisco County
    d.  Department: 305                              400 McAllister Street, San Francisco, CA 94102
    e.  Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
    f.  Filing date: November 2, 2017
    g.  Has this case been designated or determined as "complex?" [✓] Yes [ ] No
    h.  Relationship of this case to the case referenced above *(check all that apply):*
        [✓]  involves the same parties and is based on the same or similar claims.
        [✓]  arises from the same or substantially identical transactions, incidents, or events requiring the determination of
             the same or substantially identical questions of law or fact.
        [ ]  involves claims against, title to, possession of, or damages to the same property.
        [ ]  is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
             [ ]  Additional explanation is attached in attachment 1h
    i.  Status of case:
        [✓]  pending
        [ ]  dismissed [ ] with [ ] without prejudice
        [ ]  disposed of by judgment

2.  a.  Title: Lee v. Postmates Inc.
    b.  Case number: 3:18-cv-03421-JCS / appeal pending as Case Nos. 19-15024 & 19-80055 (9th Cir.)
    c.  Court: [ ]  same as above
        [✓]  other state or federal court *(name and address):* U.S. District Court, Northern District of California
    d.  Department:                                    450 Golden Gate Avenue, San Francisco, CA 94102

| Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007] | **NOTICE OF RELATED CASE** | Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov |
|---|---|---|

CM-015

| PLAINTIFF/PETITIONER: Shericka Vincent | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Postmates Inc. | RG19018205 |

2. *(continued)*

  e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☑ other *(specify)*: Federal

  f. Filing date: May 8, 2018

  g. Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

  h. Relationship of this case to the case referenced above *(check all that apply)*:

   ☑ involves the same parties and is based on the same or similar claims.

   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 2h

  i. Status of case:

   ☑ pending

   ☐ dismissed  ☐ with  ☐ without prejudice

   ☐ disposed of by judgment

3. a. Title: Albert v. Postmates Inc.

  b. Case number: 3:18-cv-07592-JCS

  c. Court: ☑ same as above

   ☐ other state or federal court *(name and address)*:

  d. Department:

  e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☑ other *(specify)*: Federal

  f. Filing date: May 8, 2018

  g. Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

  h. Relationship of this case to the case referenced above *(check all that apply)*:

   ☑ involves the same parties and is based on the same or similar claims.

   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 3h

  i. Status of case:

   ☑ pending

   ☐ dismissed  ☐ with  ☐ without prejudice

   ☐ disposed of by judgment

4. ☑ Additional related cases are described in Attachment 4. Number of pages attached: __2__

Date: June 24, 2019

Theane Evangelis
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ *Theane Evangelis* / MSS
_____
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]  **NOTICE OF RELATED CASE**  Page 2 of 3

**Notice of Related Case:  Attachment 4**

      Defendant Postmates Inc. submits that in addition to the cases included in Defendant's Notice of Related Case attached hereto, the following additional cases are related to this action:

4.

    a.  Title:  *Rimler v. Postmates Inc.*

    b.  Case No.:  CGC-18-567868 /  appeal pending as Case No. A156450 (1st App. Dist., Div. 5)

    c.  Court:  Superior Court of California, San Francisco County, 400 McAllister Street, San Francisco, CA 94012

    d.  Department 305 – Hon. Mary E. Wiss

    e.  Case Type:  Unlimited Civil

    f.  Filing Date:  July 5, 2018

    g.  Has Case Been Deemed Complex?  Yes

    h.  Relationship to This Case:  Involves the same parties and is based on the same or similar claims; arises from the same or substantially identical transactions, incidents, or events.

    i.  Status:  Pending

5.

    a.  Title:  *Brown v. Postmates Inc.*

    b.  Case No.:  BC712974 / appeal pending as Case No. B296427 (2d App. Dist.)

    c.  Court:  Superior Court of California, County of Los Angeles, 312 North Spring Street, Los Angeles, CA 90012

    d.  Department 73 – Hon. Rafael A. Ongkeko

    e.  Case Type:  Unlimited Civil

    f.  Filing Date:  July 6, 2018

    g.  Has Case Been Deemed Complex?  No

    h.  Relationship to This Case:  Involves the same parties and is based on the same or similar claims; arises from the same or substantially identical transactions, incidents, or events.

    i.  Status:  Pending

6.

    a. Title: *Pettie v. Postmates Inc.*

    b. Case No.: RIC817321

    c. Court: Riverside County Superior Court, 4050 Main Street, Riverside, CA 92501

    d. Department 5 – Hon. Craig G. Riemer

    e. Case Type: Unlimited Civil

    f. Filing Date: August 22, 2018

    g. Has Case Been Deemed Complex? Yes

    h. Relationship to This Case: Involves the same parties and is based on the same or similar claims; arises from the same or substantially identical transactions, incidents, or events.

    i. Status: Dismissed without prejudice

7.

    a. Title: *Santana v. Postmates Inc.*

    b. Case No.: BC720151 / appeal pending as Case No. B296413 (2d App. Dist.)

    c. Court: Superior Court of California, County of Los Angeles, 312 North Spring Street, Los Angeles, CA 90012

    d. Department 73 – Hon. Rafael A. Ongkeko

    e. Case Type: Unlimited Civil

    f. Filing Date: September 4, 2018

    g. Has Case Been Deemed Complex? No

    h. Relationship to This Case: Involves the same parties and is based on the same or similar claims; arises from the same or substantially identical transactions, incidents, or events.

    i. Status: Pending

    Pursuant to California Rules of Court, rule 3.300(d), a Notice of Related Case will be served and filed in all pending cases listed on Defendant's Notice of Related Case.

Gibson, Dunn & Crutcher LLP

**CM-015**

| PLAINTIFF/PETITIONER: Shericka Vincent | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Postmates Inc. | RG19018205 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

   333 South Grand Avenue
   Los Angeles, CA 90071-3197

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☑ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on *(date):* June 24, 2019

   b. from *(city and state):* Los Angeles, CA

4. The envelope was addressed and mailed as follows:

   a. Name of person served:
   Matthew R. Bainer
   Street address: 1901 Harrison St, Ste 1100
   City: Oakland
   State and zip code: CA, 94612

   b. Name of person served:
   Jeremy F. Bollinger
   Street address: 15300 Ventura Blvd, Ste 207
   City: Sherman Oaks
   State and zip code: CA, 91403

   c. Name of person served:
   Shannon Liss-Riordan
   Street address: 729 Boylston St., Ste 2000
   City: Boston
   State and zip code: MA, 02116

   d. Name of person served:
   Amir Mostafavi
   Street address: 11835 W Olympic Blvd, Ste 1055
   City: Los Angeles
   State and zip code: CA, 90064

☑ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 24, 2019

Trina Lykes
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-030(P)

| SHORT TITLE: Vincent v. Postmates | CASE NUMBER:<br>RG19018205 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address *(number, street, city, and zip code)* |
|---|---|
| R. Rex Parris | Parris Law Firm, 43364 10th Street West, Lancaster, CA 93534 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(PERSONS SERVED)**
**(Proof of Service)**