LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
sliss@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff Joshua Albert

GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:   949.451.3800
Facsimile:    949.475.4668

Attorneys for Defendant Postmates Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT,<br><br>                    Plaintiff,<br><br>     v.<br><br>POSTMATES INC.,<br><br>                    Defendant. | CASE NO. 3:18-cv-07592-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 8, 2018<br>Trial Date: None Set<br><br>Date:    October 4, 2019<br>Time:    2:00 p.m.<br>Place:    Courtroom G<br>Judge:    Hon. Joseph C. Spero |

Plaintiff Joshua Albert ("Plaintiff" or "Albert") and Defendant Postmates Inc. ("Defendant" or "Postmates") (collectively, "the parties"), by and through their respective counsel of record, hereby submit this Joint Case Management Statement and Stipulation to Continue the Case Management Conference ("CMC") which is currently scheduled for October 4, 2019. The parties state as follows:

1. The parties have reached a global, class action settlement that includes the settlement of Plaintiff's claims in this case. Preliminary and final approval of the settlement is being sought in <u>Rimler v. Postmates, Inc.</u>, Case No. CGC-18-567868 (San Francisco Super. Ct.).

2. On September 24, 2019, Plaintiffs filed in <u>Rimler</u> a motion for preliminary approval of the class action settlement, and anticipate that the settlement approval process could be complete by early 2020.

3. The parties therefore stipulate and jointly request that the October 4, 2019 CMC be continued. The parties will keep the Court apprised of the status of settlement approval in <u>Rimler</u>.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 27, 2019            LICHTEN & LISS-RIORDAN, P.C.

                                     By:  */s/ Shannon Liss-Riordan*
                                          Shannon Liss-Riordan
                                          Attorneys for Plaintiff

Dated: September 27, 2019            GIBSON, DUNN & CRUTCHER LLP

                                     By:  */s/ Dhananjay S. Manthripragada*
                                          Dhananjay S. Manthripragada
                                          Attorneys for Defendant

**ECF ATTESTATION**

I, Shannon Liss-Riordan, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  September 27, 2019                            LICHTEN & LISS-RIORDAN, P.C.


                                                By:   */s/ Shannon Liss-Riordan*
                                                          Shannon Liss-Riordan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


_____, 2019                        _____
                                                          Hon. Joseph C. Spero