| | |
|---|---|
| LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, SBN 310719<br>sliss@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys for Plaintiff Joshua Albert | GIBSON, DUNN & CRUTCHER LLP<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>MICHELE L. MARYOTT, SBN 191993<br>  mmaryott@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.475.4668<br><br>Attorneys for Defendant Postmates Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>POSTMATES INC.,<br><br>            Defendant. | CASE NO. 3:18-cv-07592-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 8, 2018<br>Trial Date: None Set<br><br>Date:   October 4, 2019<br>Time:   2:00 p.m.<br>Place:   Courtroom G<br>Judge:  Hon. Joseph C. Spero |

Plaintiff Joshua Albert ("Plaintiff" or "Albert") and Defendant Postmates Inc. ("Defendant" or "Postmates") (collectively, "the parties"), by and through their respective counsel of record, hereby submit this Joint Case Management Statement and Stipulation to Continue the Case Management Conference ("CMC") which is currently scheduled for October 4, 2019. The parties state as follows:

1. The parties have reached a global, class action settlement that includes the settlement of Plaintiff's claims in this case. Preliminary and final approval of the settlement is being sought in Rimler v. Postmates, Inc., Case No. CGC-18-567868 (San Francisco Super. Ct.).

2. On September 24, 2019, Plaintiffs filed in Rimler a motion for preliminary approval of the class action settlement, and anticipate that the settlement approval process could be complete by early 2020.

3. The parties therefore stipulate and jointly request that the October 4, 2019 CMC be continued. The parties will keep the Court apprised of the status of settlement approval in Rimler.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 27, 2019                LICHTEN & LISS-RIORDAN, P.C.


                                         By:   /s/ Shannon Liss-Riordan
                                               Shannon Liss-Riordan
                                               Attorneys for Plaintiff

Dated: September 27, 2019                GIBSON, DUNN & CRUTCHER LLP


                                         By:   /s/ Dhananjay S. Manthripragada
                                               Dhananjay S. Manthripragada
                                               Attorneys for Defendant

## ECF ATTESTATION

I, Shannon Liss-Riordan, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 27, 2019         LICHTEN & LISS-RIORDAN, P.C.

By:   */s/ Shannon Liss-Riordan*
          Shannon Liss-Riordan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** AS MODIFIED.
Updated joint case management statement due 1/10/20. Further case management conference continued to 1/17/20 at 2:00 PM.

  October 1  , 2019

Hon. Joseph C. Spero
Chief Magistrate Judge