| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, SBN 310719<br>  sliss@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys for Plaintiff Joshua Albert |

GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 MICHELSON DRIVE
IRVINE, CA  92612-4412
TELEPHONE:        949.451.3800
FACSIMILE:  949.451.4220

Attorneys for Defendant POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>POSTMATES INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:18-cv-07592-JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  May 8, 2018<br>Trial Date:  None Set<br><br>**Hearing:**<br>Date:　　　March 20, 2020<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom G<br>Judge:　　　Hon. Joseph C. Spero |

　　　　Plaintiff Joshua Albert ("Plaintiff" or "Albert") and Defendant Postmates Inc. ("Defendant" or "Postmates") (collectively, "the parties"), by and through their respective counsel of record, hereby submit this Joint Case Management Statement and Stipulation to Continue the Case Management Conference ("CMC") which is currently scheduled for March 20, 2020. The parties state as follows:

　　　1.　　The parties have reached a global, class action settlement that includes the settlement of Plaintiff's claims in this case.  Preliminary and final approval of the settlement is being sought in *Rimler v. Postmates, Inc.*, Case No. CGC-18-567868 (San Francisco Super. Ct.).

2. On September 24, 2019, Plaintiffs filed in *Rimler* a motion for preliminary approval of the class action settlement, which was previously scheduled for hearing on January 31, 2020. That hearing has since been continued to March 26, 2020.

3. The parties therefore stipulate and jointly request that the March 20, 2020 CMC be continued. The parties will keep the Court apprised of the status of settlement approval in *Rimler*.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| Dated: March 12, 2020 | Dated: March 12, 2020 |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LICHTEN & LISS-RIORDAN, P.C. |
| By: */s/ Theane Evangelis* | By: */s/ Shannon Liss-Riordan* |
| Theane Evangelis | Shannon Liss-Riordan |
| Attorneys for Defendant POSTMATES INC. | Attorneys for Plaintiff Joshua Albert |

### **ECF ATTESTATION**

I, Theane Evangelis, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: March 12, 2020

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
Theane Evangelis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 16__, 2020

[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]

Hon. Joseph C. Spero

The further case management conference is rescheduled for September 25, 2020, at 2:00 PM. An updated case management conference statement shall be filed by September 18, 2020