| | |
|---|---|
| LICHTEN & LISS-RIORDAN, P.C. <br> SHANNON LISS-RIORDAN, SBN 310719 <br>   sliss@llrlaw.com <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone: (617) 994-5800 <br> Facsimile: (617) 994-5801 <br><br> Attorneys for Plaintiff Joshua Albert | GIBSON, DUNN & CRUTCHER LLP <br> THEANE EVANGELIS, SBN 243570 <br>   tevangelis@gibsondunn.com <br> DHANANJAY S. <br>   MANTHRIPRAGADA, SBN 254433 <br>   dmanthripragada@gibsondunn.com <br> 333 South Grand Avenue <br> Los Angeles, CA  90071-3197 <br> Telephone: 213.229.7000 <br> Facsimile:   213.229.7520 <br><br> GIBSON, DUNN & CRUTCHER LLP <br> MICHELE L. MARYOTT, SBN 191993 <br>   mmaryott@gibsondunn.com <br> 3161 MICHELSON DRIVE <br> IRVINE, CA  92612-4412 <br> Telephone: 949.451.3800 <br> Facsimile:   949.451.4220 <br><br> Attorneys for Defendant POSTMATES, LLC f/k/a POSTMATES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALBERT, <br><br>             Plaintiff, <br><br>    v. <br><br> POSTMATES INC., <br><br>             Defendant. | CASE NO. 3:18-cv-07592-JCS <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **Hearing:** <br> Date:     November 12, 2021 <br> Time:    2:00 p.m. <br> Place:   Courtroom G <br> Judge:   Hon. Joseph C. Spero |

Gibson, Dunn & Crutcher LLP

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – CASE NO. 3:18-CV-07592-JCS

Plaintiff Joshua Albert ("Plaintiff" or "Albert") and Defendant Postmates, LLC f/k/a Postmates Inc. ("Defendant" or "Postmates") (collectively, "the parties"), by and through their respective counsel of record, hereby submit this Joint Case Management Statement and Stipulation to Continue the Case Management Conference ("CMC") that is currently scheduled for November 12, 2021. The parties state as follows:

1. As the parties have previously reported, on June 16, 2020, the trial court in *Rimler v. Postmates, Inc.* No. CGC-18-567868 (S.F. Super. Ct.) denied preliminary approval of the class settlement "without prejudice." Dkt. 85. The court "encourage[d] the parties to continue settlement negotiations in hopes that they are able to present another agreement for preliminary approval." *Id.*

2. The parties have reached a revised settlement and submitted a revised Motion for Preliminary Approval of Class Action Settlement on December 14, 2020. The Motion was heard before the San Francisco Superior Court on July 21, 2021. On August 12, 2021, the court granted preliminary approval of the settlement. The final approval hearing has been continued to November 17, 2021.

3. The parties therefore stipulate and jointly request that the November 12, 2021 CMC be continued. The parties will keep the Court apprised of the status of settlement approval.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 5, 2021

LICHTEN & LISS-RIORDAN, P.C.

By: _/s/ Shannon Liss-Riordan_
     Shannon Liss-Riordan

Attorneys for Plaintiff Joshua Albert

Dated: November 5, 2021

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Theane Evangelis_
     Theane Evangelis

Attorneys for Defendant POSTMATES, LLC f/k/a POSTMATES INC.

**ECF ATTESTATION**

I, Theane Evangelis, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: November 5, 2021

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Theane Evangelis_

Theane Evangelis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021

Hon. Joseph C. Spero